# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:05cr35

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| KENNETH L. FOX - 1 ) | |
| WILLLIAM RONALD HASH - 2 ) | |
| _____ ) | |

**THIS MATTER** is before the Court on government's motion to preemptively set this case for trial. The motion further states the parties are in agreement as to this request.

**IT IS, THEREFORE, ORDERED** that this matter is preemptively set and scheduled for the 9 January 2006 term in the Statesville Division. Jury selection will begin on 10 January 2006.

**Signed: July 13, 2005**

*[signature: Richard L. Voorhees]*

Richard L. Voorhees
United States District Judge